FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D17-387
_____

JAMES HARVEY TIPLER,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Certorari.


May 23, 2018


PER CURIAM.

    The petition is denied on the merits.

WETHERELL, ROWE, and JAY, JJ., concur.


_____

    ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael Ufferman of Michael Ufferman Law Firm, P.A., Tallahassee, for Petitioner.

Pamela Jo Bondi, Attorney General; Amanda D. Stokes and Jennifer J. Moore, Assistant Attorneys General, Tallahassee, for Respondent.